IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| LARRY R. BURRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120428D |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

This court issued an Order on August 15, 2012, ordering that Plaintiff shall submit three mutually convenient trial dates or a signed stipulation no later than August 30, 2012.  The Order also stated that if Plaintiff failed to submit three mutually convenient trial dates or a signed stipulation, the above-entitled matter would be dismissed.

Plaintiff's deadline has passed and the court has not received three mutually convenient trial dates, a signed stipulation or any further communication from Plaintiff.  As a consequence, the court finds this matter should be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of September 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Presiding Magistrate Jill A. Tanner on September 5, 2012.  The Court filed and entered this document on September 5, 2012.*